UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sam's International Group LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-CV-10102-AK |
| v. ) | |
| ) | |
| SOL NY Corp., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 9] entered on 6/27/24, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 6/27/2024               By the Court,

/s/ Courtney Horvath
Deputy Clerk